# United States District Court
## Northern District of New York

# JUDGMENT IN A CIVIL CASE

**BRIAN SHANNON**         **Plaintiff**

            **VS.**         **3:08-CV-447 (GLS/GHL)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

            **Defendant**

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 USC section 405(g), further ordered that this matter is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe dated the 14th day of August, 2008.


**AUGUST 15, 2008**                              **LAWRENCE K. BAERMAN**

**DATE**                                         **Clerk of Court**

                                                                                s/


                                                                                **Joanne Bleskoski**
                                                                                **Deputy Clerk**